**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT A. DOMBROSKY, | |
| Plaintiff, | CIVIL ACTION NO. 3:10-1477 |
| v. | |
| ERIC C. STEWART, | (JUDGE CAPUTO) |
| Defendant. | |

**ORDER**

**NOW**, this 27th day of August, 2012, **IT IS HEREBY ORDERED** that Defendant Eric C. Stewart's Motion for Summary Judgment (Doc. 44) is **GRANTED**.

The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge